# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

| | |
|---|---|
| United States of America<br>v.<br><br>DAVID A. KRUSE<br><br>Defendant(s) | )<br>)<br>) Case No. 4:15MJ277<br>)<br>)<br>)<br>) |

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS
AUG -7 2015
BY DAVID J. MALAND, CLERK
DEPUTY

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  8/6/2015  in the county of  Collin  in the
Eastern District of Texas, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252A(a)(5)(B) | Possession of Child Pornography |

This criminal complaint is based on these facts:
See attached Affidavit

☑ Continued on the attached sheet.

_____
Complainant's signature

Special Agent Jennifer Mullican, FBI
Printed name and title

Sworn to before me and signed in my presence.

Date: 08/07/2015

_____
Judge's signature

City and state: Tyler, Texas            Hon. John D. Love, United States Magistrate Judge
Printed name and title

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS
AUG -7 2015
DAVID J. MALAND, CLERK
BY
DEPUTY

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. |
| | ) | 4:15MJ277 |
| | ) | |
| DAVID M KRUSE | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __8/6/2015__ in the county of __Collin__ in the __Eastern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252A(a)(5)(B) | Possession of Child Pornography |

This criminal complaint is based on these facts:
See attached Affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Special Agent Jennifer Mullican, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __08/07/2015__

_____
*Judge's signature*

City and state: __Tyler, Texas__   Hon. John D. Love, United States Magistrate Judge
*Printed name and title*